08 FEB 13 PM 5:12

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury   '08 CR 0373 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) <br> ) I N D I C T M E N T |
| v. | ) <br> ) Title 21, U.S.C., Secs. 952 and <br> ) 960 - Importation of Marijuana; |
| GABINO ALBERTO RODRIGUEZ-LARA, | ) Title 21, U.S.C., Sec. 841(a)(1) - <br> ) Possession of Marijuana with |
| Defendant. | ) Intent to Distribute <br> ) |

The grand jury charges:

Count 1

On or about December 14, 2007, within the Southern District of California, defendant GABINO ALBERTO RODRIGUEZ-LARA did knowingly and intentionally import approximately 22.96 kilograms (approximately 50.51 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

CJB:fer:Imperial
2/11/08

<u>Count 2</u>

On or about December 12, 2007, within the Southern District of California, defendant GABINO ALBERTO RODRIGUEZ-LARA did knowingly and intentionally possess, with intent to distribute, approximately 22.96 kilograms (approximately 50.51 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: February 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney