FILED

08 FEB 13 PM 5:11

BY: _PDL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GABINO ALBERTO RODRIGUEZ-LARA, ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. '08 CR 0373 JM <br><br> NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gabino Alberto Rodriguez-Lara</u>, Criminal Case No. 08CR0067-JM.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

/s/ CJR

CARLA J. BRESSLER
Assistant U.S. Attorney