**CANDIS MITCHELL**
California State Bar No. 242797
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467 (tel); (619) 687-2666 (fax)
Candis_Mitchell@fd.org

Attorneys for Mr. Gabino Alberto Rodriguez-Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**GABINO ALBERTO RODRIGUEZ-LARA**,<br><br>　　　　Defendant. | Case No.  08cr0373-JM<br><br>DATE: March 28, 2008<br>TIME: 11:00 a.m.<br><br><u>NOTICE OF MOTIONS AND MOTIONS TO:</u><br><br>(1)　DISMISS INDICTMENT BECAUSE DRUG STATUTES ARE FACIALLY UNCONSTITUTIONAL;<br>(2)　DISMISS INDICTMENT FOR FAILURE TO ALLEGE *MENS REA*, AND;<br>(3)　DISMISS THE INDICTMENT DUE TO A GRAND JURY VIOLATION. |

TO:　KAREN HEWITT, INTERIM UNITED STATES ATTORNEY, AND
　　　LAWRENCE A CASPER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on March 28, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, defendant, Gabino Rodriguez-Lara, by and through his attorneys, Candis Mitchell, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

/ / /

/ / /

**MOTIONS**

Defendant, Gabino Rodriguez-Lara, by and through his attorneys, Candis Mitchell and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)  Dismiss the Indictment Because Drug Statutes Are Facially Unconstitutional;

(2)  Dismiss the Indictment for Failure to Allege *Mens Rea*, And;

(3)  Dismiss the Indictment Due to a Grand Jury Violation.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: March 14, 2008

*s/ Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Rodriguez-Lara
Candis_Mitchell@fd.org