**APPENDIX OF EXHIBITS**

<u>United States v. Gabino Alberto Rodriguez-Lara</u>

08cr0373-JM

Exhibit A, Reporter's Partial Transcript of the Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . 1

Exhibit B, Reporter's Transcript of Proceedings, dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . . . 35