UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 08CR0373-JM |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **GABINO ALBERTO RODRIGUEZ-LARA**, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing motion, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Larry Casper
    Assistant United States Attorney
    880 Front Street
    San Diego, CA 92101

and mailed to:

    Gabino Alberto RODRIGUEZ-Lara
    Reg. No. 05797-298
    GEO
    220 W. C St.
    San Diego, CA, 92101

Dated: March 14, 2008

s/ *Candis Mitchell*
**CANDIS MITCHELL**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel); (619) 687-2666 (fax)
E-mail:Candis_Mitchell@fd.org