UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GABINO ALBERTO RODRIGUEZ-LARA**, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 08CR373-JM<br><br>**ORDER TO PRESERVE AND RE-WEIGH<br>ALLEGED DRUG EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents re-weigh the drugs seized in the above-referenced case, without packaging, in the presence of the defense attorney and her agents and, at the time of the re-weighing, the United States shall permit inspection by the defense attorney and her agents of the drugs seized. Such re-weighting shall be arranged at a time mutually convenient to the parties.

The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without application to this Court, notice to Mr. Rodriguez-Lara, and an opportunity to respond.

**SO ORDERED.**

DATED: May 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

08CR0067-JM