KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507/(619) 235-2757 (Fax)
Email: paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0373-JM |
|---|---|---|
| Plaintiff, | ) ) | Honorable Jeffrey T. Miller |
|  | ) | Hearing: June 13, 2008 |
| v. | ) ) | Time: 1:30 p.m. |
| GABINO ALBERTO RODRIGUEZ-LARA, | ) ) | **PLAINTIFF UNITED STATES' SUPPLEMENTAL MOTION IN LIMINE TO** |
| Defendant. | ) ) | **ADMIT EVIDENCE** |
|  | ) ) |  |

TO:   CANDIS L. MITCHELL, ESQ., COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that on June 13, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, will ask this Court to enter an order granting the following motion:

//
//
//
//
//
//

**MOTION**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, pursuant to the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order granting the following motion:

**Supplemental Motion <u>In</u> <u>Limine</u> to Admit Evidence.**

This motion is based upon the files and records of the case together with the attached statement of facts and memorandum of points and authorities.

DATED:  May 30, 2008                                    Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: paul.starita@usdoj.gov

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,           )   Case No. 08CR0373-JM
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )   CERTIFICATE OF SERVICE
GABINO ALBERTO RODRIGUEZ-LARA,)
                                    )
            Defendant.              )
_____)

IT IS HEREBY CERTIFIED THAT:

     I, PAUL L. STARITA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of United States' Supplemental Motion In Limine to: **ADMIT EVIDENCE** together with statement of facts and memorandum of points and authorities on the following by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

     1.    Candis L. Mitchell, Esq., Federal Defenders of San Diego, Inc.
            Attorneys for Defendant

     I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

     1.    N/A.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on May 30, 2008.

                                */s/ Paul L. Starita*
                                PAUL L. STARITA